■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v PRESTON LINDSEY, Respondent.—Appeal from an order of the Supreme Court, Bronx County (Bonnie Wittner, J.), entered December 5, 1989, abated, as a result of respondent's death.

No opinion. Concur—Ross, J. P., Rosenberger, Ellerin, Wallach and Rubin, JJ.